UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>                                  Plaintiff,<br><br>v.<br><br>ANH NGUYEN; TOM DO; Z&R HANNA INC., a California Corporation; and Does 1-10,<br><br>                                  Defendants. | Case No.:  3:20-cv-00626-WQH-RBB<br><br>**ORDER** |

HAYES, Judge:

   Pursuant to Federal Rule of Civil Procedure 41(a)(2), the entire case is hereby ordered dismissed with prejudice.

Dated:  July 2, 2020

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court